IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

STACEY SHROPSHIRE Individually and as
Administratrix of the Estate of RODNEY S.
SHROPSHIRE, Deceased,                          12cv1657
                                               **ELECTRONICALLY FILED**
            Plaintiff,

                v.                             OBJECTIONS DUE
                                               10/17/13 AT NOON
LANCE SHANEYFELT, SR.,

            Defendant.


## VERDICT FORM: PHASE ONE

1. Was Defendant Lance Shaneyfelt, Sr. negligent?

    YES _____                    NO _____


    If you answered "YES" to Question 1, please proceed to Question 2.

    If you answered "NO" to Question 1, you have completed the Verdict Form. Please do
not answer any further questions. Sign and date the Verdict Form and notify the Bailiff that you
have reached a verdict.


2. Was the negligence of Defendant Lance Shaneyfelt, Sr. a factual cause of any harm to
    Rodney S. Shropshire?

    YES _____                    NO _____


    If you answered "YES" to Question 2, please proceed to Question 3.

    If you answered "NO" to Question 2, you have completed the Verdict Form. Please do
not answer any further questions. Sign and date the Verdict Form and notify the Bailiff that you
have reached a verdict.

3. Was Rodney S. Shropshire contributorily negligent?

    YES _____                    NO _____

    If you answered "YES" to Question 3, please proceed to Question 4.

    If you answered "NO" to Question 3, you have completed the Verdict Form. Please do
not answer any further questions. Sign and date the Verdict Form and notify the Bailiff that you
have reached a verdict.

4. Was the contributory negligence of Rodney S. Shropshire a factual cause of any harm to
    him?

    YES _____                    NO _____

    You have reached the end of your Verdict Form. Please sign and date the Form below
and notify the Bailiff that you have reached a verdict.


    Unanimously agreed to this _____ day of _____, 2013.


    _____, Foreperson          _____


    _____                       _____


    _____                       _____


    _____                       _____

2