IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

STACEY SHROPSHIRE Individually and as
Administratrix of the Estate of RODNEY S.
SHROPSHIRE, Deceased,

      Plaintiff,

v.

LANCE SHANEYFELT, SR., EURO
TRANS, INC. a/k/a EURO-TRANS, INC.,
GDA LLC, STEVE KASZAS, TQL, INC.,
a/k/a TOTAL QUALITY LOGISTICS, INC.,
a/k/a TOTAL QUALITY LOGISTICS, LLC,
and VOYAGE EXPRESS, INC.,

      Defendants.

12cv1657

**ELECTRONICALLY FILED**

## ORDER OF COURT RE: PARTIES' OBJECTIONS TO EXHIBITS FOR PHASE II

AND NOW, this 17th day of October, 2013, after consideration of the Parties' proposed exhibits, objections as to the admissibility of authenticity thereof, and responses in opposition thereto (Doc. No. 268), IT IS HEREBY ORDERED THAT:

1. All of Defendants' Objections to Plaintiff's exhibits re. phase II are **OVERRULED**;

2. Plaintiff shall provide Defendants with an unredacted version of P-47;

3. Plaintiff's Objections to Defendants' exhibits re. phase II, except for D-16 and D-17 are **SUSTAINED**; and

4. The Court defers ruling on D-16 and D-17 until the preliminary pre-trial conference when Defendant has agreed to provide Plaintiff with copies of these exhibits. Counsel shall be prepared to discuss these exhibits and objections thereto at the preliminary pre-trial conference.

s/ Arthur J. Schwab
Arthur J. Schwab
United States District Judge


cc: All Registered ECF Counsel and Parties